John J. Talton, Chapter 13 Trustee  
Pay to: CLERK Clerk of the Court  
Check No. 801850

Please notify the Court & us of any changes made after filing of your claim (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 04-61768 | 013-0 | CHARLES RAY SMITH<br>Original Check written to:<br>BAY AREA CREDIT SERVICE<br>97 E BROKAW RD STE 240<br>SAN JOSE, CA 95112-4209 | xxxx437- | 60.03 | 23.60 | 0.00 | 23.60 |
| 05-60463 | 006-0 | JOAN MANASCO COX<br>Original Check written to:<br>WAMCO 32<br>5075 WAYZATA BLVD STE 270<br>GOLDEN VALLEY, MN 55416 | xxxxx1387 | 4,135.20 | 215.88 | 0.00 | 215.88 |
| 05-61011 | 004-0 | GLEN EARL MYERS<br>Original Check written to:<br>HENDERSON COUNTY<br>C/O MCCREARY ET AL<br>P O BOX 1269<br>ROUND ROCK, TX 78680- | xxxxxxxxxxxxxxxxxxx05-0 | 0.00 | 362.30 | 0.00 | 362.30 |
| 05-62537 | 011-0 | DAN K BROADDUS<br>Original Check written to:<br>CITY OF TYLER TAX COLLECTOR<br>P O BOX 2011<br>TYLER, TX 75710 | xxxxxxxxxxxxxxxxxxx005} | 0.00 | 541.49 | 0.00 | 541.49 |
| 05-62537 | 012-0 | DAN K BROADDUS<br>Original Check written to:<br>TYLER JR COLLEGE TAX A/C<br>P O BOX 2011<br>TYLER, TX 75710 | xxxxxxxxxxxxxxxxxxx005} | 0.00 | 300.31 | 0.00 | 300.31 |
| 07-20232 | 009-0 | AARON WHITEHEAD<br>Original Check written to:<br>PROFESSIONAL FIRE FIGHTER'S CREDIT UNION<br>6015 HEARNE AVENUE<br>SHREVEPORT, LA 71108- | xxxxxxx0593 | 7,299.91 | 3.72 | 0.00 | 3.72 |
| 08-60327 | 029-0 | BILLY TED CANNON, SR<br>Original Check written to:<br>ANDERSON COUNTY<br>C/O MCCREARY ET AL<br>P O BOX 1269<br>ROUND ROCK, TX 78680- | xxx5049 | 0.00 | 250.51 | 0.00 | 250.51 |